```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CLARENCE AUSTIN HOLMES
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. CR-S-08-325 EJG
                                 )
13               Plaintiff,      )
                                 ) STIPULATION AND [PROPOSED] ORDER
14       v.                      ) CONTINUING STATUS CONFERENCE
                                 )
15  CLARENCE AUSTIN HOLMES,      ) Date: August 22, 2008
                                 ) Time: 10:00 a.m.
16               Defendant.      ) Judge: Hon. Edward J. Garcia
                                 )
17  _____
18       It is hereby stipulated between the parties, William S. Wong,
19  Assistant United States Attorney, attorney for plaintiff and Mary M.
20  French, Supervising Assistant Federal Defender, attorney for defendant
21  CLARENCE AUSTIN HOLMES, that the Status Conference hearing date of
22  August 8, 2008, is vacated and a new Status Conference hearing date of
23  August 22, 2008, at 10:00 a.m. is hereby set.
24       This continuance is requested because Defense counsel has
25  requested discovery materials from the government and has not yet
26  received them and is also awaiting information on the defendant's prior
27  record.  In addition, defense counsel will be on vacation for the first
28  two weeks in August.
```



FILED

JUL 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  It is further stipulated that the period from August 8, 2008,
2  through and including August 22, 2008, should be excluded pursuant to
3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4  counsel and defense preparation.

5  Dated: July 21, 2008           Respectfully submitted,

7                                 DANIEL J. BRODERICK
                                  Federal Defender
8
                                  /s/ Mary M. French
9                                 MARY M. FRENCH
                                  Supervising Assistant
10                                Federal Defender
                                  Attorney for Defendant
11                                CLARENCE AUSTIN HOLMES

13 Dated: July 21, 2008           MCGREGOR W. SCOTT
                                  United States Attorney
14

15                                /s/ Mary M. French for
                                      William S. Wong
16
                                  WILLIAM S. WONG
17                                Assistant U.S. Attorney
                                  per telephonic authorization
18

19 IT IS SO ORDERED.

21 Dated: July 23, 2008

22                                _____
                                  EDWARD J. GARCIA
23                                United States District Judge

Stipulation and Order                 2