1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-325-EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RESET MOTION SCHEDULE |
| CLARENCE AUSTIN HOLMES, | |
| Defendant. | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Clarence Austin Holmes, through his counsel, Mary French, Assistant Federal Defender, stipulate and agree to the following revised motion schedule regarding the defendant's motion currently set for November 21, 2008, at 10:00 a.m.:

1. Government's opposition shall be filed no later than January 9, 2009;

2. Defendant's reply, if any, shall be filed no later than January 16, 2009; and

///

1

1   3.   Non-evidentiary hearing set for January 23, 2009, at 10:00 a.m.

Counsel for the government needs additional time to research and prepare its responses to the defendant's motions. Additionally, counsel for the government is scheduled for knee surgery on November 21, 2008, and will be out of the office for 3-4 weeks. Accordingly, the parties stipulate to the revised law and motion schedule.

Additionally, the parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel, and 18 U.S.C. § 3161(h)(1)(F) - Local Code E - pending motion. The parties agree that time be excluded under these provisions for the reasons stated above from October 28, 2008, to and including January 23, 2009.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: October 28, 2008        By: /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney

DATED: October 28, 2008        By: /s/ Mary French
                                   MARY FRENCH
                                   Attorney for Defendant

2

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from October 28, 2008, to and including January 23, 2009.

DATED: October 29, 2008

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE