1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:08-CR-0325 EJG |
| ) | |
| CLARENCE AUSTIN HOLMES ) | STIPULATION AND |
| ) | ORDER TO RESET MOTION SCHEDULE |
| Defendant. ) | |
| _____) | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Clarence Austin Holmes, through his counsel, Mary French, Assistant Federal Defender, stipulate and agree to the following revised motion schedule regarding the defendant's motion currently set for January 23, 2009, at 10:00 a.m.:

1. Government's opposition shall be filed no later than February 13, 2009.

2. Defendant's reply, if any, shall be filed no later than February 20, 2009; and

///

1

     3.   Non-evidentiary hearing set for February 27, 2009, at 10:00 a.m.

Counsel for the government needs additional time to research and prepare its responses to the defendant's motions. Additionally, counsel for the government was ill with the flu from December 24, 2008, and was in and out of the office for about 2 1/2 to 3 weeks. Accordingly, the parties stipulate to the revised law and motion schedule.

Additionally, the parties agree that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and for continuity of counsel, and 18 U.S.C. § 3161(h)(1)(F) - Local Code E - pending motion.  The parties agree that time be excluded under these provisions for the reasons stated above from January 23, 2009, to and including February 27, 2009.

DATED: January 21, 2009               Respectfully submitted,

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

                                    By:   /s/ WILLIAM S. WONG
                                              WILLIAM S. WONG and
                                              Assistant U.S. Attorney

DATED: January 21, 2009               DANIEL J. BRODERICK
                                              Federal Defender

                                    By:   /s/ MARY FRENCH
                                              MARY FRENCH
                                              Assistant Federal Defender

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded

2

under Local Code T-4 and Local Code E from January 23, 2009, to and including February 27, 2009.

DATED: January 21, 2009

                                              /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge