LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CLARENCE AUSTIN HOLMES,<br><br>            Defendant. | NO. 2:08-CR-0325 EJG<br><br>STIPULATION AND<br>ORDER TO RESET MOTION SCHEDULE |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Clarence Austin Holmes, through his counsel, Mary French, Assistant Federal Defender, stipulate and agree to the following revised motion schedule regarding the defendant's motion currently set for February 27, 2009, at 10:00 a.m.:

    1.   Government's opposition shall be filed no later than March 11, 2009;

    2.   Defendant's reply, if any, shall be filed no later than March 20, 2009; and

///

1

1       3.   Non-evidentiary hearing set for March 27, 2009, at
             10:00 a.m.
2

3       Counsel for the government needs additional time to research
4  and prepare its responses to the defendant's motions.  Additionally,
5  counsel for the government was ill with the flu from December 24,
6  2008, and was in and out of the office for about 2 1/2 to 3 weeks.
7  Furthermore, the parties are attempting to resolve the case by plea
8  agreement.  Accordingly, the parties stipulate to the revised law
9  and motion schedule.
10      Additionally, the parties agree that time be excluded pursuant
11 to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time
12 to prepare and for continuity of counsel, and 18 U.S.C. §
13 3161(h)(1)(F) - Local Code E - pending motion.  The parties agree
14 that time be excluded under these provisions for the reasons stated
15 above from February 27, 2009, to and including March 27, 2009.
16 DATED: February 10, 2009           Respectfully submitted,

17                                    LAWRENCE G. BROWN
                                      Acting United States Attorney
18

19
                                 By:  /s/ WILLIAM S. WONG
20                                    WILLIAM S. WONG and
                                      Assistant U.S. Attorney
21

22 DATED: February 10, 2009           DANIEL J. BRODERICK
                                      Federal Defender
23

24                               By:  /s/ MARY FRENCH
                                      MARY FRENCH
25                                    Assistant Federal Defender

26

27

28

2

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from February 27, 2009, to and including March 27, 2009.

DATED: February 10, 2009

                                            /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
                                            United States District Judge