1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CLARENCE AUSTIN HOLMES
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-08-325 EJG
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER TO RESET
13      v.                        ) MOTION SCHEDULE
                                  )
14 CLARENCE AUSTIN HOLMES,        ) Judge: Edward J. Garcia
                                  )
15              Defendant.        )
   _____)
16

17      It is hereby stipulated and agreed between the parties, William S.

18 Wong, Assistant United States Attorney, attorney for plaintiff, and

19 Mary M. French, Supervising Assistant Federal Defender, attorney for

20 defendant CLARENCE AUSTIN HOLMES, that the schedule regarding

21 defendant's Motion to Suppress currently set for March 27, 2009, at

22 10:00 a.m., be revised as follows:

23

24      1.   Government's Opposition shall be filed no later than
             May 15, 2009;
25
        2.   Defendant's Reply shall be filed no later than
26           May 29, 2009; and,

27      3.   Motion to Suppress hearing shall be set for June 5, 2009,
             at 10:00 a.m.
28

| | |
|---|---|
| 1 | The parties have mutually agreed that additional time is necessary |
| 2 | for the government's response and for the defense to arrange for the |
| 3 | defendant to receive a second opinion on his options and the best way |
| 4 | to proceed. |
| 5 | Additionally, the parties agree that time be excluded pursuant to |
| 6 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 - reasonable time to |
| 7 | prepare and for continuity of counsel, and U.S.C. § 3161(h)(1)(F) - |
| 8 | Local Code E - pending motion.  The parties agree that time be excluded |
| 9 | under these provisions for the reasons stated above from March 27, |
| 10 | 2009, through and including June 5, 2009. |

Dated: March 23, 2009      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

   /s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
CLARENCE AUSTIN HOLMES


Dated: March 23, 2009      LAWRENCE G. BROWN
Acting United States Attorney

*/s/  Mary M. French for*
*     William S. Wong*
_____
WILLIAM S. WONG
Assistant U.S. Attorney

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Good cause having been shown, it is hereby ordered that the |
| 3 | revised motion schedule is adopted and that time should be excluded |
| 4 | under Local Code T4 and Local Code E from March 27, 2009, through and |
| 5 | including June 5, 2009. |
| 6 | Dated: March 23, 2009 |

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge