1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   CLARENCE AUSTIN HOLMES
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-08-325 EJG
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND ORDER TO RESET
13     v.                         ) MOTION SCHEDULE
                                  )
14 CLARENCE AUSTIN HOLMES,        ) Judge: Edward J. Garcia
                                  )
15              Defendant.        ) **<u>AS MODIFIED</u> ** (pg 2 & 3)
   _____)
16

17     It is hereby stipulated and agreed between the parties, William S.
18 Wong, Assistant United States Attorney, attorney for plaintiff, and
19 Mary M. French, Supervising Assistant Federal Defender, attorney for
20 defendant CLARENCE AUSTIN HOLMES, that the schedule regarding
21 defendant's Motion to Suppress currently set for June 5, 2009, at 10:00
22 a.m., be revised as follows:
23
24     1.  Government's Opposition shall be filed no later than
           July 10, 2009;
25
       2.  Defendant's Reply shall be filed no later than
26         July 17, 2009; and,
27     3.  Motion to Suppress hearing shall be set for July 24, 2009,
           at 10:00 a.m.
28

1    The parties have mutually agreed that additional time is necessary
2 for the government's response and for the defense to arrange for the
3 defendant to receive a second opinion on his options and the best way
4 to proceed.
5    Additionally, the parties agree that time be excluded pursuant to
6 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 - reasonable time to
7 prepare and for continuity of counsel, and U.S.C. § 3161(h)(1)(F) -
8 Local Code E - pending motion.  The parties agree that time be excluded
9 under these provisions for the reasons stated above from June 5, 2009,
10 through and including July **31, 2009.

11 Dated: June 1, 2009                Respectfully submitted,

12                                    DANIEL J. BRODERICK
                                     Federal Defender
13
                                       */s/ Mary M. French*
14                                   _____
                                     MARY M. FRENCH
15                                   Supervising Assistant
                                     Federal Defender
16                                   Attorney for Defendant
                                     CLARENCE AUSTIN HOLMES
17

18

19 Dated: June 1, 2009                LAWRENCE G. BROWN
                                     Acting United States Attorney
20
                                     */s/  Mary M. French for*
21                                   *     William S. Wong*

22                                   _____
                                     WILLIAM S. WONG
23                                   Assistant U.S. Attorney

24

25

26

27

28

Stipulation and Order              2

**O R D E R**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T4 and Local Code E from June 5, 2009, through and including July **31, 2009.

Dated: June 2, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge