1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. S-08-325-EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO VACATE BRIEFING SCHEDULE AND |
| ) | HEARING |
| CLARENCE AUSTIN HOLMES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Clarence Austin Holmes, through his counsel, J. Toney, Esq., stipulate and agree to vacate briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for July 31, 2009, at 10:00 a.m. and to convert that hearing to a status conference.

   Counsel for the defendant was recently appointed and needs additional time to prepare and time to discuss the government's plea offer with the defendant.  Accordingly, the parties stipulate to vacate the law and motion schedule without prejudice.

1

```
                                    Respectfully submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATED: July 28, 2009           By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

DATED: July 28, 2009           By:  /s/ J. Toney
                                    J. TONEY
                                    Attorney for Defendant
```

## ORDER

For the reasons set forth above, the revised law and motion schedule is vacated and the hearing currently set for Friday, July 31, 2009, at 10:00 a.m., is changed to a status conference hearing.

```
DATED: July 28, 2009
                                    /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    UNITED STATES DISTRICT COURT JUDGE
```