```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLARENCE AUSTIN HOLMES, ) <br> ) <br> Defendant. ) <br> _____) | NO. 2:08-CR-0325 EJG <br><br> STIPULATION AND <br> ORDER TO RESET MOTION SCHEDULE |

The United States of America, through its counsels of record, Lawrence G. Brown, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and the defendant Clarence Austin Holmes, through his counsel, J. Toney, Esq., stipulate and agree to the following revised motion schedule regarding the defendant's motion currently set for November 13, 2009, at 10:00 a.m.:

    1. Government's opposition shall be filed no later than November 13, 2009;

    2. Defendant's reply, if any, shall be filed no later than November 27, 2009; and

    3. Non-evidentiary hearing set for December 11, 2009, at 10:00 a.m.

1  The defendant's previous counsel, Mary French, Assistant
2 Federal Defender, was engaged in settlement negotiations with the
3 government prior to resigning from the Federal Defender's Office.
4 The defendant's present counsel, J. Toney, Esq., is now engaged in
5 settlement negotiations with the government with hopes of resolving
6 this matter on or before the government's filing date of November
7 13, 2009.  The parties respectfully request that the Court allow
8 some additional time for new counsel and for the government to
9 attempt a resolution of the matter.  Furthermore, counsel for the
10 government is scheduled to begin a three-week jury trial on October
11 27, 2009, in the matter of <u>United States v. Villasenor</u>, CR S 07-248
12 WBS.  Because the Villasenor case was short set, counsel for the
13 government has been involved in trial preparation for the last two
14 and a half weeks.  With this revised law and motion schedule, the
15 parties will attempt to resolve the matter within two weeks, and if
16 not, the government will file its response by the 13th of November.
17 Accordingly, the parties stipulate to the revised law and motion
18 schedule.

19  Additionally, the parties agree that time be excluded pursuant
20 to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time
21 to prepare and for continuity of counsel, and 18 U.S.C. §
22 3161(h)(1)(F) - Local Code E - pending motion.  The parties agree
23 that time be excluded under these provisions for the reasons stated
24 above from September 11, 2009, to and including December 11, 2009.

25 DATED: October 23, 2009             Respectfully submitted,

26                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
27

28

2

|   |   |   |
|---|---|---|
|   | By: | /s/ WILLIAM S. WONG<br>WILLIAM S. WONG<br>Assistant U.S. Attorney |
| DATED: October 23, 2009 | By: | /s/ J. Toney<br>J. TONEY, ESQ.<br>Attorney for the Defendant |

**ORDER**

Good cause having been shown, it is hereby ordered that the revised motion schedule is adopted and that time should be excluded under Local Code T-4 and Local Code E from September 11, 2009, to and including December 11, 2009.

DATED: October 30, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge

3