1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2790

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )
12              Plaintiff,        )
                                  )
13      v.                        )    NO. 2:08-CR-0325 EJG
                                  )
14 CLARENCE AUSTIN HOLMES,        )    STIPULATION AND
                                  )    ORDER TO RESET SCHEDULE
15              Defendant.        )
   _____)

16

17      The United States of America, through its counsels of record,

18 Benjamin B. Wagner, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and the defendant Clarence Austin Holmes, through his

21 counsel, J. Toney, Esq., stipulate and agree to withdraw the

22 presently filed motion to suppress without prejudice to re-file the

23 same motion should the case not be resolved by the next court date

24 which the parties respectfully request be set for entry of plea

25 and/or status conference on January 8, 2010, at 10:00 a.m.

26      The defendant's previous counsel, Mary French, Assistant

27 Federal Defender, was engaged in settlement negotiations with the

28 government prior to resigning from the Federal Defender's Office.

                                 1

1  The defendant's present counsel, J. Toney, Esq., is now engaged in

2  settlement negotiations with the government with hopes of resolving

3  this matter on or before the next hearing.  With this revised

4  schedule, the parties are close to resolving the case and will

5  conclude its negotiations and will finalize a plea agreement if the

6  defendant agrees to the terms and conditions of the plea agreement.

7  Accordingly, the parties stipulate to the revised schedule.

8       Additionally, the parties agree that time be excluded pursuant

9  to 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time

10 to prepare and for continuity of counsel.  The parties agree that

11 time be excluded under these provisions for the reasons stated above

12 from December 11, 2009, to and including January 8, 2010.

13

14                              Respectfully submitted,

15

16                              BENJAMIN B. WAGNER
                                United States Attorney

17

18 DATED: December 4, 2009     By: /s/ WILLIAM S. WONG
                                   WILLIAM S. WONG
19                                 Assistant U.S. Attorney

20 DATED: December 4, 2009     By: /s/ J. Toney
                                   J. TONEY, ESQ.
21                                 Attorney for the Defendant

22

23 _____

24                              **ORDER**

25      Good cause having been shown, it is hereby ordered that the

26 revised schedule is adopted and that time should be excluded under

27 ///

28 ///

                                    2

1   Local Code T-4 from December, 11, 2009, to and including January 8,

2   2010.

3   DATED: December 9, 2009

4                                          /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28