```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Clarence Holmes
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| )Cr. No. 08-325 EJG | |
| Plaintiff, ) | |
| )STIPULATION AND ORDER | |
| v. )CONTINUING SENTENCING | |
| )AND NEW TRIAL MOTION | |
| CLARENCE HOLMES )(Oct 29, 2010) | |
| Defendant, ) | |
| _____) | |

This case is now set for sentencing on September 10, 2010.  The Probation Officer reports that he cannot have the pre-sentence report done in time for this date.  The parties therefore stipulate sentencing be reset for October 29, 2010 and request the Court so order and continue the pending motion for new trial to the same date.

Dated August 13, 2010

```
   /S/JARED DOLAN               /S/ J TONEY
      Jared Dolan                 J. Toney
   Assistant U.S. Attorney     Attorney for Defendant
```

1

```
SO ORDERED:

Dated:     August 23, 2010


                                        _____/s/_____
                                        EDWARD J. GARCIA
                                        U. S. District Judge
```