UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CLARENCE AUSTIN HOLMES,<br><br>        Defendant. | No. S-08-325 WBS<br><br><br>**ORDER** |

----oo0oo----

Pursuant to the Federal Defender's Supplemental Response to Court's Minute Order (Docket No 135), the Federal Defender is hereby appointed to represent defendant on all pending matters in this case, including defendant's Motion to Vacate (Docket No. 116), Motion to Modify Term of Imprisonment (Docket No 119), and Motion to Reduce Sentence Pursuant to 18 U.S.C. Section 3582(c)(2)(Docket No 123).

        IT IS SO ORDERED.

Dated:  November 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE